IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

IN RE:

SANDRA E. WAIT &
HAILEY E. CROWLEY,

    Plaintiffs,

vs.

ROUNDTREE MOBILE, LLC,
FCA US, LLC, d.b.a. "CHRYSLER," &
BMW FINANCIAL SERVICES NA, LLC,

    Defendants.

Case No. 1:15-cv-00285

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE ON BEHALF OF BMW FINANCIAL SERVICES NA, LLC

Please take notice that the firm of EVANS | PETREE PC, 1000 Ridgeway Loop Rd, Suite 200, Memphis, TN 38120-4036 will represent the interests of BMW Financial Services NA, LLC ("BMW FS") in the matter.

The undersigned requests that all notices in this matter be served upon counsel for BMW, as follows:

    Robert J. Fehse, Esq.
    EVANS | PETREE PC
    1000 Ridgeway Loop Rd, Suite 200
    Memphis, TN 38120-4036

/s/ Robert J. Fehse

Robert J. Fehse (ASB-2524-E60F)
EVANS | PETREE PC
Attorneys for BMW FS
1000 Ridgeway Loop Rd, Suite 200
Memphis, TN 38120-4036
(901) 271-0722 telephone
(901) 374-7484 fax
rfehse@evanspetree.com

CERTIFICATE OF SERVICE

       And I hereby certify that I have mailed by United States Postal Service the documents to the following non CM/ECF participants:

Judson Eric Crump
PO Box 2769
250 Congress Street
Daphine, AL 36526

James F. Walsh
Rumberger, Kirk & Caldwell, PC
2001 Park Place North, Suit 1300
Birmingham, Alabama 35203
Attorney for FCA US, LLC f/k/a Chrysler Group LLC

Stephen B. Porterfield
Thomas B. Humphries
SIROTE & PERMUTT, P.C.
2311 Highland Avenue South
Post Office Box 55727
Birmingham, AL 35255-5727
Attorneys for Defendant Roundtree Mobile, LLC

This 29 day of May, 2015

                                              /s/ Robert J. Fehse
                                      By: _____
                                      Robert J. Fehse (AL Bar: ASB-2524-E60F)
                                      EVANS │ PETREE, PC
                                      *Counsel for BMW Financial Services NA, LLC*
                                      1000 Ridgeway Loop Road, Suite 200
                                      Memphis, TN 38120
                                      Telephone: (901) 271-0722
                                      Fax: (901) 374-7484
                                      E-Mail: rfehse@evanspetree.com