# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| SANDRA E. WAIT & HAILEY E. CROWLEY, ) <br> ) <br> Plaintiffs, ) <br> vs. ) <br> ) <br> ROUNDTREE MOBILE, LLC, ) <br> FCA US, LLC, d.b.a ) <br> "CHRYSLER," & BMW ) <br> FINANCIAL SERVICES NA, ) <br> LLC, ) <br> ) <br> Defendants. ) | Case No. 1:15-cv-00285 <br><br> NOTICE OF REMOVAL OF CIVIL ACTION TO UNITED STATES DISTRICT COURT PURSUANT TO 28 U.S.C. § 1332 |

## NOTICE OF REMOVAL

Defendant Roundtree Mobile, LLC, ("Roundtree") hereby gives notice of the removal of the civil action captioned *Sandra E. Wait & Hailey E. Crowley v. Roundtree Mobile, LLC, et al.*, Case No. CV-2015-901119, Circuit Court of Mobile County, Alabama (the "State Court Action") to the United States District court for the Southern District of Alabama, Southern Division, pursuant to 28 U.S.C. § 1332 and 1441. In support, Roundtree states the following:

## I.     NATURE OF THE ACTION

1.     On or about April 24, 2015, Plaintiffs Sandra E. Wait and Hailey E. Crowley (the "Plaintiffs") filed a complaint (the "Complaint") in the Circuit Court

of Mobile County, Alabama. Roundtree was served on May 1, 2015 by certified mail to CT Corporation System, located in Montgomery, Alabama.

2. The Complaint alleges that Roundtree breached certain implied and express warranties arising out of a motor vehicle purchase. In addition, the Plaintiffs assert overlapping and additional claims against Roundtree's co-defendants FCA US, LLC f/k/a Chrysler Group LLC (misidentified in the complaint as FCA US, LLC, d.b.a. "Chrysler") ("FCA US") and BMW Financial Services NA, LLC ("BMW").

3. In compliance with 28 U.S.C. § 1446(a), all required documents, including all pleadings, filings, and orders in the State Court Action (the "State Court File") are attached here as Exhibit A. Exhibit A specifically includes a copy of the Complaint and all service-related documents.

## II.   TIMELINESS AND TECHNICAL REQUIREMENTS OF REMOVAL

4. The United States District Court for the Southern District of Alabama, Southern Division, is the federal judicial district and division embracing the Circuit Court of Mobile County, Alabama, where this suit was originally filed. Removal to this District and Division is therefore proper pursuant to 28. U.S.C. § 81(c)(2) and § 1441(a).

5. The State Court File reflects that the Defendants were all separately served with the summons and complaint on May 1, 2015. *See* Exhibit A. Thus, this

Notice of Removal is timely under 28 U.S.C. § 1446(b) because removal is sought within 30 days from the date of service of the summons and complaint on the last served defendant. *See Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 354-56 (1999) (holding that the thirty-day period for removal of a state court complaint detailed in § 1446(b) runs from the date in which a defendant is formally served with the complaint); *Bailey v. Janssen Pharmaceutica, Inc.*, 536 F.3d 1202 (11th Cir. 2008) (adopting the "last-served defendant" rule in the 11th Circuit).

6.  FCA US and BMW, Roundtree's co-defendants, consent to this removal. As evidence of that consent, Roundtree attaches here as Exhibit B two Consent to Removal documents executed by counsel for BMW and counsel for FCA US, respectfully.

7.  Written notice of the filing of this Notice of Removal has been or will be given to the Plaintiffs as required by law and a copy is concurrently being filed with the Clerk of the Court of Mobile County, Alabama, in accordance with the provisions of 28 U.S.C. § 1446(d).

### III. DIVERSITY JURISDICTION

8.  This case is removable because this Court has diversity jurisdiction over the subject matter of this case. For diversity jurisdiction to be invoked, 28 U.S.C. § 1332(a) requires complete diversity among all plaintiffs and defendants to

an action, and that at least $75,000 be at issue. *See* 28 U.S.C. § 1332(a). Those requirements are satisfied here.

**A. Complete Diversity**

9. Plaintiff Sandra Wait is, upon information and belief, an adult resident citizen of the County of Mobile, State of Alabama. *See* Complaint, at ¶ 1.

10. Plaintiff Hailey Crowley is a resident citizen of Miami, State of Florida. *See* Complaint, at ¶ 1.

11. Defendant Roundtree Mobile, LLC is a limited liability company organized under the laws of the State of Louisiana. Roundtree Mobile, LLC's sole member is Roundtree Automotive Group, LLC, a Louisiana limited liability company whose members are citizens of Texas for diversity purposes.

12. Defendant FCA US is a limited liability company organized under the laws of the State of Michigan. Its sole member is FCA North America Holdings LLC, a Delaware limited liability company. FCA North America Holdings LLC's sole member is Fiat Chrysler Automobiles N.V., a publically traded Netherlands company with its headquarters in London, England. FCA US, is thus, an alien for diversity purposes. *See Bayerische Landesbank, New York Branch v. Aladdin Capital Management LLC*, 692 F.3d 42 (2d Cir. 2012) (explaining that a federal court may exercise "diversity jurisdiction over cases between citizens of the United States and citizens of foreign states").

13. Defendant BMW Financial Services NA, LLC is a limited liability company organized under the laws of the State of New Jersey. Its sole member is BMW of North America LLC. BMW of North America LLC's sole member is BMW U.S. Holding Corp., which is a Delaware corporation with its principal place of business in New Jersey.

14. Therefore, pursuant to 28 U.S.C. §1332, complete diversity of citizenship exists between all Plaintiffs and all Defendants.

**B. Amount in Controversy**

15. The amount in controversy standard is satisfied when the defendant establishes that "the jurisdictional amount is either stated clearly on the face of the documents before the court, or readily deducible from them … ." *Lowery v. Alabama Power Co.*, 483 F.3d 1184, 1211 (11th Cir. 2007). Moreover, "a defendant's notice of removal need include only a plausible allegation that the amount in controversy exceeds the jurisdictional threshold. Evidence establishing the amount is required by § 1446(c)(2)(B) only when the plaintiff contests, or the court questions, the defendant's allegation." *Dart Cherokee Basin Operating Co., LLC v. Owens*, 135 S.Ct. 547, 554 (2014).

16. The Plaintiffs' Complaint seeks actual damages in the amount of $100,000, plus costs and attorney's fees against the Defendants for breach of warranties; damages against BMW in the amount of $100,000 for breach of

contract; actual damages in the amount of $53,550, plus statutory damages of $1,000 against BMW for violations of the Truth in Lending Act; actual damages of $100,000 and punitive damages against FCA US for products liability violations; and, an order declaring the Plaintiffs' debt to BMW extinguished. *See* Complaint, at the unnumbered paragraph starting with "WHEREFORE" and following paragraph 129, including all subparts.

17.  Thus, based on the specific allegations of the Complaint, more than $75,000, exclusive of costs and interest, is in controversy in this case.

THEREFORE, this Court has jurisdiction pursuant to 28 U.S.C. § 1332(a), based on diversity of citizenship between Plaintiffs and Defendants, and pursuant to 28 U.S.C. §§ 1441 and 1446, removal is appropriate.

/s/ Thomas B. Humphries
Stephen B. Porterfield(ASB-4534-E66S)
Thomas B. Humphries(ASB-3932-M68H)
Attorneys for Defendant Roundtree Mobile, LLC

**OF COUNSEL:**
**SIROTE & PERMUTT, P.C.**
2311 Highland Avenue South
Post Office Box 55727
Birmingham, AL  35255-5727
Tel:   (205) 930-5390
Fax:   (205) 930-5101
sporterfield@sirote.com
thumphries@sirote.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 29, 2015, a copy of the foregoing was served via U.S. mail, first-class postage prepaid, to the following parties of record and filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system on all counsel of record.

    Judson E. Crump
    250 Congress Street
    Mobile, Alabama 36603
    judson@judsonecrump.com
    Attorney for the Plaintiff

    James F. Walsh
    Rumberger, Kirk & Caldwell, PC
    2001 Park Place North, Suit 1300
    Birmingham, Alabama 35203
    jwalsh@rumberger.com
    Attorney for FCA US, LLC f/k/a Chrysler Group LLC

    Robert Fehse, Jr.
    Evans Petree PC
    1000 Ridgeway Loop Road, Suite 200
    Memphis, Tennesee 38120
    rfehse@evanspetree.com
    Attorney for BMW Financial Services NA, LLC

                                       /s/ Thomas B. Humphries
                                       OF COUNSEL